UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

_____

| IN RE: YASMIN AND YAZ | ) | |
|---|---|---|
| (DROSPIRENONE) | ) | 3:09-md-02100-DRH-PMF |
| MARKETING, SALES | ) | MDL No. 2100 |
| PRACTICES AND PRODUCTS | ) | |
| LIABILITY LITIGATION | ) | |

_____

**This Document Relates To:**

| | |
|---|---|
| Julia Tadlock v. Bayer Corp., et al. | No. 3:10-cv-10426-DRH -PMF |
| Leslie Elswick v. Bayer Corp., et al. | No. 3:10-cv-10682-DRH-PMF |
| Sandra Hawes v. Bayer Corp., et al. | No. 3:10-cv-11924-DRH-PMF |
| Lia Smith Hutchinson v. Bayer Corp., et al. | No. 3:10-cv-11969-DRH-PMF |
| Sarah Pless v. Bayer Corp., et al. | No. 3:10-cv-12055-DRH -PMF |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed in this Court on March 4, 2011, plaintiffs' complaints are **DISMISSED** with prejudice. Each party shall bear their own costs.

                            NANCY J. ROSENSTENGEL,
                            CLERK OF COURT


                            **BY:**    /s/*Sandy Pannier*
                                    **Deputy Clerk**

Dated: March 7, 2011

                    David R. Herndon
                    2011.03.07 12:18:03
                    -06'00'

APPROVED:
      CHIEF JUDGE
      U. S. DISTRICT COURT